UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MILLERS WOOD DEVELOPMENT CORP.,
d/b/a Nirvana Water,

            Plaintiff,

     -against-

HARTFORD FIRE INSURANCE COMPANY,

            Defendant.
-------------------------------------------------------------- x

Civ. No: 6:07-cv-1066

**STIPULATION OF DISMISSAL**

    THE MATTER in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the claims asserted by Millers Wood Development Corp. d/b/a Nirvana Water ("Plaintiff") against Hartford Fire Insurance Company are hereby dismissed with prejudice and without costs against either party. Facsimile Signatures on this Stipulation of Dismissal shall have the same force and effect as original signatures.

Dated: Oriskany, New York
       September 1, 2009

By: _____
Martin J. Kernan (MK8680)
Kernan Professional Group, LLP
Attorneys for Plaintiff
1310 Utica Street. P.O. Box 750
Oriskany, New York 13424
Telephone No.: (315) 736-0816

Dated: Hartford, Connecticut
       September 1, 2009

By: _____
Adam T. Boston, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Telephone No.: (860) 275-8215

9/2/09
SO ORDERED
_____
U.S.M.J.